# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **EVERETTE L. VANHOY** and **LUCILLE B. VANHOY**, <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN INTERNATIONAL INDUSTRIES INC., et al.,** <br><br> Defendants | CIVIL ACTION NO. <br> 1:18-cv-00090 |

## STIPULATION OF DISMISSAL OF DEFENDANT CERTAINTEED CORPORATION WITHOUT PREJUDICE

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Everette L. Vanhoy and Lucille B. Vanhoy, by and through undersigned counsel, and with the consent of Defendant, Certainteed Corporation, hereby stipulate and agree to dismiss all claims against Defendant Certainteed Corporation only in the above-captioned action without prejudice, each party to bear its own fees and costs.

This 24th day of June 2019.

| WE MOVE: | WE CONSENT: |
|---|---|
| */s/ Mark J. Buha* | */s/ Moffatt McDonald* |
| Mark J. Buha | David Connor |
| *(Admitted Pro Hac Vice)* | Scott Frick |
| Dean, Omar Branham Shirley LLP | Moffatt McDonald |
| 302 N. Market Street Suite 300 | HAYNSWORTH SINKLER BOYD, P.A. |
| Dallas, TX 75202 | One North Main, 2nd Floor |
| mbuha@dobslegal.com | P.O. Box 2048 |
| | Greenville, SC 29602 |
| William M. Graham | 864-240-3200 |
| (NC Bar #17972) | dconner@hsblawfirm.com |
| Wallace and Graham P.A. | sfrick@hsblawfirm.com |
| 525 North Main Street | mmcdonald@hsblawfirm.com |
| Salisbury, NC 28144 | |
| Telephone: (704) 633-5244 | *Attorneys for Certainteed Corporation* |
| bgraham@wallacegraham.com | |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

On June 24, 2019 the above and foregoing document was filed with the Clerk of Court via CM/ECF which will send notice to all counsel of record.

*/s/ Mark J. Buha*
Mark J. Buha