UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **EVERETTE L. VANHOY** and **LUCILLE B. VANHOY**, <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN INTERNATIONAL INDUSTRIES INC.**, et al., <br><br> Defendants | **CIVIL ACTION NO. 1:18-cv-00090** |

## STIPULATION OF DISMISSAL OF DEFENDANT UNION CARBIDE CORPORATION WITHOUT PREJUDICE

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Everette L. Vanhoy and Lucille B. Vanhoy, by and through undersigned counsel, and with the consent of Defendant, Union Carbide Corporation, hereby stipulate and agree to dismiss all claims against Defendant Union Carbide Corporation only in the above-captioned action without prejudice, each party to bear its own fees and costs.

This 24th day of June 2019.

| WE MOVE: | WE CONSENT: |
|---|---|
| */s/ Mark J. Buha* | */s/ Moffatt G. McDonald* |
| Mark J. Buha | Moffatt G. McDonald, *Pro Hac Vice* |
| *(Admitted Pro Hac Vice)* | W. David Conner, *Pro Hac Vice* |
| Dean, Omar Branham Shirley LLP | Scott E. Frick, *Pro Hac Vice* |
| 302 N. Market Street Suite 300 | Charles M. Sprinkle, III, NC No. 28096 |
| Dallas, TX 75202 | HAYNSWORTH SINKLER BOYD, P.A. |
| mbuha@dobslegal.com | ONE North Main, 2nd Floor |
| | P.O. Box 2048 |
| William M. Graham | Greenville, SC 29602 |
| (NC Bar #17972) | Phone: (864) 240-3200 |
| Wallace and Graham P.A. | Fax: (864) 240-3300 |
| 525 North Main Street | mmcdonald@hsblawfirm.com |
| Salisbury, NC 28144 | dconner@hsblawfirm.com |
| Telephone: (704) 633-5244 | sfrick@hsblawfirm.com |
| bgraham@wallacegraham.com | csprinkle@hsblawfirm.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Union Carbide Corporation* |

## CERTIFICATE OF SERVICE

On June 24, 2019 the above and foregoing document was filed with the Clerk of Court via CM/ECF which will send notice to all counsel of record.

*/s/ Mark J. Buha*
Mark J. Buha