# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **EVERETTE L. VANHOY** and **LUCILLE B. VANHOY**, <br><br> Plaintiffs, <br><br> v. <br><br> **AMERICAN INTERNATIONAL INDUSTRIES INC., et al.,** <br><br> Defendants | CIVIL ACTION NO. **1:18-cv-00090** |

## STIPULATION OF DISMISSAL OF DEFENDANT WHITAKER CLARK & DANIELS, INC. WITHOUT PREJUDICE

Pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Everette L. Vanhoy and Lucille B. Vanhoy, by and through undersigned counsel, and with the consent of Defendant, Whitaker Clark & Daniels, Inc., hereby stipulate and agree to dismiss all claims against Defendant Whitaker Clark & Daniels, Inc. only in the above-captioned action without prejudice, each party to bear its own fees and costs.

This 24th day of June 2019.

| WE MOVE: | WE CONSENT: |
|---|---|
| */s/ Mark J. Buha* | */s/ William Starr* |
| Mark J. Buha | William Starr |
| *(Admitted Pro Hac Vice)* | Tracy Tomlin |
| Dean, Omar Branham Shirley LLP | Nelson Mullins Riley & Scarborough, LLP |
| 302 N. Market Street Suite 300 | 302 South College Street, 23rd Floor |
| Dallas, TX 75202 | Charlotte, NC 28202 |
| mbuha@dobslegal.com | 704-417-3101 |
| | tracy.tomlin@nelsonmullins.com |
| William M. Graham | bill.starr@nelsonmullins.com |
| (NC Bar #17972) | |
| Wallace and Graham P.A. | *Attorneys for Whitaker Clark & Daniels, Inc.* |
| 525 North Main Street | |
| Salisbury, NC 28144 | |
| Telephone: (704) 633-5244 | |
| bgraham@wallacegraham.com | |
| | |
| *Attorneys for Plaintiffs* | |

# CERTIFICATE OF SERVICE

On June 24, 2019 the above and foregoing document was filed with the Clerk of Court via CM/ECF which will send notice to all counsel of record.

*/s/ Mark J. Buha*
Mark J. Buha