IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EVERETTE L. VANHOY and )
LUCILLE B. VANHOY, )
)
    Plaintiffs, )
)
    v. ) 1:18-CV-90
)
AMERICAN INTERNATIONAL )
INDUSTRIES, et al., )
)
    Defendants. )

**ORDER**

This matter is before the court upon the joint motion by Plaintiffs, EVERETTE L. VANHOY and LUCILLE B. VANHOY, and Defendant, VELAN VALVE CORP., to dismiss without prejudice, all claims against VELAN VALVE CORP. in this matter. (Doc. 117.) It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against VELAN VALVE CORP., without prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the motion (Doc. 117) is GRANTED and the action of Plaintiffs, EVERETTE L. VANHOY and LUCILLE B. VANHOY, against Defendant, VELAN VALVE CORP., is DISMISSED without prejudice, with each party to bear his, her or its own costs.

                                      /s/   Thomas D. Schroeder
                                   United States District Judge

September 5, 2019