IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:18-CV-90

EVERETTE L. VANHOY and
LUCILLE B. VANHOY,

    Plaintiffs,

v.

AMERICAN INTERNATIONAL
INDUSTRIES, ET. AL.

    Defendants.

**STIPULATION OF DISMISSAL**
(R. 41, Fed. R. Civ. P.)

**STIPULATION OF DISMSSAL OF DEFENDANTS R.T. VANDERBILT HOLDING COMPANY, INC., Individually and as Successor in Interest to R.T. VANDERBILT COMPANY, INC. and VANDERBILT MINERALS, LLC f/k/a R.T. Vanderbilt Company, Inc., Individually and as Successor in Interest to International Talc Company**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs, Everette L. Vanhoy and Lucille B. Vanhoy, by and through counsel, with the consent of Defendants, R.T. Vanderbilt Holding Company, Inc. Individually and as Successor in Interest to R.T. Vanderbilt Company, Inc., and Vanderbilt Minerals, LLC f/k/a R.T. Vanderbilt Company, Inc., Individually and as Successor in Interest to International Talc Co., hereby stipulate and agree to dismiss all claims against R.T. Vanderbilt Holding Company, Inc. Individually and as Successor in Interest to R.T. Vanderbilt Company, Inc., and Vanderbilt Minerals, LLC f/k/a R.T. Vanderbilt Company, Inc., Individually and as Successor in Interest to International Talc Co. only in the above captioned action without prejudice, each party to bear its own fees and costs.

THIS THE 15TH DAY OF OCTOBER, 2019.

| WE MOVE: | WE CONSENT: |
|---|---|
| /s/*Mark J. Buha*<br>Mark J. Buha<br>(Admitted Pro Hac Vice)<br>Dean, Omar Branham Shirley LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>Mbuha@dobslegal.com | /s/*Gerald A. Stein*<br>Gerald A. Stein<br>NC State Bar No. 36408<br>Hedrick Gardner Kincheloe & Garofalo, LLP<br>6000 Fairview Road, Suite 1000<br>Charlotte, NC 28210<br>PH: 704-319-5564<br>FAX: 704-602-8156<br>astein@hedrickgardner.com |
| William M. Graham<br>NC State Bar No. 17972<br>Wallace and Graham, P.A.<br>525 North Main Street<br>Salisbury, NC 28144<br>PH 704-633-5244<br>bgraham@wallacegraham.com<br><br>*Attorneys for Plaintiffs* | *Attorneys for R.T. Vanderbilt Holding Company, Inc. Individually and as Successor in Interest to R.T. Vanderbilt Company, Inc., and Vanderbilt Minerals, LLC f/k/a R.T. Vanderbilt Company, Inc., Individually and as Successor in Interest to International Talc Co.* |

00397C.00012

## CERTIFICATE OF SERVICE

On October 15, 2019 the above and foregoing document was filed with the Clerk of Court via CM/ECF which will send notice to all counsel of record.

*/s/ Mark J. Buha*
Mark J. Buha
