IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EVERETTE L. VANHOY AND LUCILLE B. VANHOY, | )<br>)<br>) |
| PLAINTIFFS | )<br>) 1:18-cv-00090 |
| V. | )<br>) |
| AMERICAN INTERNATIONAL INDUSTRIES, ET AL. | )<br>)<br>) |
| DEFENDANTS. | )<br>) |

## **ORDER**

This matter is before the court on motion by Plaintiffs, Everette L. Vanhoy and Lucille B. Vanhoy, and Defendant Atwood & Morrill, improperly plead as Weir Valves & Controls USA, Inc., hereinafter "Atwood & Morrill," to dismiss without prejudice all claims against Atwood & Morrill in this matter. (Doc. 122.)

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Atwood & Morrill without prejudice, and that the motion should be granted for good causes shown;

IT IS THEREFORE ORDERED that the motion is GRANTED and the action of Plaintiffs, Everett L. Vanhoy and Lucille B. Vanhoy, against Defendant Atwood & Morrill be DISMISSED WITHOUT PREJUDICE. Each party to bear his, her or its own costs.

/s/   Thomas D. Schroeder
                                        United States District Judge

December 9, 2019