IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| EVERETTE L. VANHOY AND LUCILLE B. VANHOY, | ) ) ) |
| PLAINTIFFS | ) ) |
| VS. | ) 1:18-cv-00090 ) ) |
| AMERICAN INTERNATIONAL INDUSTRIES, ET AL. | ) ) ) |
| DEFENDANTS. | ) ) |

## ORDER

This matter is before the court on motion by Plaintiffs, Everette L. Vanhoy and Lucille B. Vanhoy, and Defendant Pfizer, Inc., to dismiss with prejudice all claims against Pfizer, Inc. in this matter. (Doc. 121.)

It appearing that grounds exist to permit Plaintiffs to voluntarily dismiss this action against Pfizer, Inc. with prejudice, and that the motion should be granted for good cause shown;

IT IS THEREFORE ORDERED that the motion is GRANTED and the action of Plaintiffs, Everette L. Vanhoy and Lucille B. Vanhoy, against Defendant Pfizer, Inc., be DISMISSED WITH PREJUDICE. Each party to bear his, her or its own costs.

```
                                   /s/   Thomas D. Schroeder
                              United States District Judge
```

December 9, 2019